No. 90–769. RENNE, SAN FRANCISCO CITY ATTORNEY, ET AL. *v.* GEARY ET AL. C. A. 9th Cir. [Certiorari granted, 498 U. S. 1046.] Motion of California Judges Association for leave to file a brief as *amicus curiae* granted.

No. 90–889. KING *v.* ST. VINCENT'S HOSPITAL. C. A. 11th Cir. [Certiorari granted, 498 U. S. 1081.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 90–906. METROPOLITAN WASHINGTON AIRPORTS AUTHORITY ET AL. *v.* CITIZENS FOR THE ABATEMENT OF AIRCRAFT NOISE, INC., ET AL. C. A. D. C. Cir. [Certiorari granted, 498 U. S. 1045.] Motion of the Acting Solicitor General for divided argument granted.

No. 90–984. KANSAS GAS & ELECTRIC CO. *v.* KANSAS STATE CORPORATION COMMISSION ET AL. Ct. App. Kan.;
No. 90–1189. TROJAN TECHNOLOGIES, INC., ET AL. *v.* PENNSYLVANIA ET AL. C. A. 3d Cir.; and
No. 90–1194. MAINE PUBLIC UTILITIES COMMISSION *v.* MAINE YANKEE ATOMIC POWER CO. Sup. Jud. Ct. Me. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 90–1074. ESTELLE, WARDEN *v.* MCGUIRE. C. A. 9th Cir. [Certiorari granted, 498 U. S. 1119.] Motion for appointment of counsel granted, and it is ordered that Ann Hardgrove Voris, Esq., of San Francisco, Cal., be appointed to serve as counsel for respondent in this case.

No. 90–6352. GRIFFIN *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, 498 U. S. 1082.] Motion for appointment of counsel granted, and it is ordered that Michael G. Logan, Esq., of Chicago, Ill., be appointed to serve as counsel for petitioner in this case.